UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING COURTHOUSE
ROOM 2060
50 WALNUT ST.
NEWARK, NJ 07101
973-297-4903

May 17, 2017

VIA REGULAR MAIL & CERTIFIED MAIL
Caleb L. McGillvary
210329
15 Elizabethtown Plaza
Elizabeth, N.J. 07202

VIA ECF
Counsel for Defendants

## LETTER ORDER

Re: **CALEB L. MCGILLVARY v. UNION COUNTY NEW JERSEY, et al., Civil Action No. 15-8840**

Dear Litigants:

    This matter comes before the Court by way of Plaintiff Caleb McGillvary's ("Plaintiff") Motion for Default Judgment against Defendant Robert J. Pandina. Dkt. No. 43. This matter is currently stayed pending the outcome of Plaintiff's state criminal proceeding. See Order dated Nov. 16, 2016, Dkt. No. 42. In moving for default, Plaintiff reasserts challenges to the underlying criminal action, but he has not instructed the Court that the criminal action has completed, as required by the November 16 Order.

    **IT IS** on this the 17th day of May, 2017,

    **ORDERED** that Plaintiff's motion for default judgment is **DENIED**.

    The Court reminds Plaintiff that he shall file a motion seeking to lift the stay and re-open this matter 45 days from the completion of the state criminal proceedings.

                                       */s Madeline Cox Arleo*
                                       **Hon. Madeline Cox Arleo**
                                       **United States District Judge**